No. 1237. HICKOCK *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *Melvin B. Lewis* for petitioner.

No. 1239. UNITED BISCUIT CO. OF AMERICA *v.* WIRTZ, SECRETARY OF LABOR, ET AL. C. A. D. C. Cir. Certiorari denied. *John R. McConnell, Ralph Earle II* and *William J. Curtin* for petitioner. *Solicitor General Marshall, Assistant Attorney General Douglas, David L. Rose* and *Robert V. Zener* for respondents. *Harold H. Levin, Howard Lichtenstein* and *Marvin Dicker* for National Biscuit Co., as *amicus curiae,* in support of the petition.

No. 1242. ROSENSTIEL *v.* ROSENSTIEL. Ct. App. N. Y. Certiorari denied. *Peyton Ford* for petitioner. *Louis Nizer* for respondent.

No. 1243. BROADWAY ENTERPRISE, INC. *v.* BOARD OF LIQUOR CONTROL. Sup. Ct. Ohio. Certiorari denied. *William J. Abraham* for petitioner. *William B. Saxbe,* Attorney General of Ohio, and *James E. Rattan,* Assistant Attorney General, for respondent.

No. 1244. SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *John N. Crudup* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1249. BALL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Charles F. Blanchard* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.